No. 76. SUPERIOR COURT OF WASHINGTON FOR KING COUNTY ET AL. *v.* WASHINGTON EX REL. YELLOW CAB SERVICE, INC. On petition for writ of certiorari to the Supreme Court of Washington. The Solicitor General is invited to file a brief by November 16, 1959, setting forth the views of the National Labor Relations Board. ■

No. 162. S. S. SILBERBLATT, INC., *v.* TAX COMMISSION OF NEW YORK. On petition for writ of certiorari to the Court of Appeals of New York. The Solicitor General is invited to file a brief setting forth his views as to the importance to the Federal Government of the issues involved.

No. 10, Original. UNITED STATES *v.* LOUISIANA ET AL. The motion of the State of Louisiana for leave to file a reply brief is granted. The motion of the State of Texas for leave to file a memorandum is granted. The motion of the United States for leave to file a supplemental memorandum is granted. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of these motions. *Solicitor General Rankin* for the United States. *Jack P. F. Gremillion*, Attorney General of Louisiana, *W. Scott Wilkinson, Victor A. Sachse, Edward M. Carmouche, John L. Madden* and *Bailey Walsh*, Special Assistant Attorneys General, and *Hugh M. Wilkinson* and *Marc Dupuy, Jr.* for the State of Louisiana; *Price Daniel*, Governor of Texas, *Will Wilson*, Attorney General of Texas, *James N. Ludlum*, First Assistant Attorney General, *Houghton Brownlee, Jr., James H. Rogers* and *John Flowers*, Assistant Attorneys General, *James P. Hart, J. Chrys Dougherty* and *Robert J. Hearon, Jr.* for the State of Texas, respondents.